# IN THE SUPREME COURT OF THE STATE OF NEVADA

CANTOR G&W (NEVADA) HOLDINGS, L.P., A DELAWARE LIMITED PARTNERSHIP; CANTOR G&W (NEVADA), L.P., A NEVADA LIMITED PARTNERSHIP; AND CANTOR FITZGERALD, L.P., A DELAWARE LIMITED PARTNERSHIP,

Appellants,

vs.

WILLIAM HILL U.S. HOLDCO, INC., A DELAWARE CORPORATION; AND BW SUB, CO., A NEVADA COMPANY,

Respondents.

No. 76157

FILED

SEP 11 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_Pickering_, C.J.

cc: Hon. Kathleen E. Delaney, District Judge
Stephen E. Haberfeld, Settlement Judge
Pisanelli Bice, PLLC
Kemp, Jones & Coulthard, LLP
Eighth District Court Clerk

20-33585